UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    James B King<br>    Tracie M Gibbs<br>          Debtor(s) | Case No. 15-26111 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2015.

2) The plan was confirmed on 09/25/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/25/2017.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,150.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $7,820.00 |
| Less amount refunded to debtor | $160.65 |
| **NET RECEIPTS:** | **$7,659.35** |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,486.14 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $371.28 |
| Other | $15.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,872.42** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT&T MOBILITY II LLC | Unsecured | NA | 1,654.82 | 1,654.82 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 662.00 | 661.72 | 661.72 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 708.00 | 1,921.33 | 1,921.33 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 200.00 | 1,659.89 | 1,659.89 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | NA | 642.83 | 642.83 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 114.92 | 114.92 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 1,003.00 | 1,002.79 | 1,002.79 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 975.00 | 974.99 | 974.99 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 1,108.00 | 1,107.53 | 1,107.53 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 465.00 | 465.31 | 465.31 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,337.00 | 1,336.69 | 1,336.69 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AFNI INC/SPRINT | Unsecured | 907.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL ACCEPTANCE/HEALT | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP/RESORT | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| MISSISSIPPI DEPT OF REV | Unsecured | 323.43 | NA | NA | 0.00 | 0.00 |
| MRSI/RESURRECTION BEHAVIORAL | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| MSCB INC/JEWISH HOSPITAL | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PARK MEDICAL CENTER | Unsecured | 1,167.82 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS/NEW LEI | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| EASTERN ACCOUNT SYSTEM INC/CC | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,035.56 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CENTER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE FINANCIAL | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| HFS SVCS/DELTA REGIONAL MEDIC. | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| HFS SVCS/DELTA REGIONAL MEDIC. | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MED BUSINESS BUREAU | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |
| PSI LOUISVIL/PHYSICIANS IN EMERG | Unsecured | 613.00 | NA | NA | 0.00 | 0.00 |
| REC MGMT CO SOMNO DIAGNOSTIC | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| REC MGMT CO/HOT SPRINGS RADIO | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B/ASSOCI/ | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| SMITH ROUCHN | Unsecured | 1,532.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM/COMC | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| TRACKERS INC/FIRST MIDWEST BAN | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 1,107.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Unsecured | 60.00 | 60.79 | 60.79 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 10,475.00 | 10,475.00 | 10,475.00 | 3,849.10 | 937.83 |
| WELLS FARGO DEALERS SERVICES | Unsecured | NA | 1,080.09 | 1,080.09 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,475.00 | $3,849.10 | $937.83 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,475.00** | **$3,849.10** | **$937.83** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,683.70** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,872.42 |
| Disbursements to Creditors | $4,786.93 |
| **TOTAL DISBURSEMENTS :** | **$7,659.35** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/28/2017           By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**